IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02721-AP

GARY D. VICKERY,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

___

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
___

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Charles L. Martin
Martin & Jones
123 N. McDonough Street
Decatur, GA 30030
404.373.3116
404.373.4110 fax
service@martinandjones.us

For Defendant:

Sandra T. Krider
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal. The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

    A.  **Date Complaint Was Filed:** November 18, 2009

    B.  **Date Complaint was Served on U.S. Attorney's Office**: December 18, 2009

    C.  **Date Answer and Administrative Record Were Filed:** February 16, 2010

4.  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does he intend to submit any additional evidence at this time.

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

7.  **OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

8.  **BRIEFING SCHEDULE**

    A.  **Plaintiff's Opening Brief**: April 7, 2010

    B.  **Response Brief due:** May 7, 2010

    C.  **Reply Brief due:** May 24, 2010

9.  **STATEMENTS REGARDING ORAL ARGUMENT**

    A.  **Plaintiff's Statement:** The Plaintiff requests oral argument, and requests that his counsel be permitted to appear telephonically.

    B.  **Defendant's Statement:**  The Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.  ( )    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**     **(X)**     **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**     **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.**     **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 3rd day of March, 2010

                                      BY THE COURT:

                                      <u>*s/John L. Kane*</u>
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

/s Charles L. Martin
Charles L. Martin
Martin & Jones
123 N. McDonough Street
Decatur, GA 30030
404.373.3116
404.373.4110 fax
service@martinandjones.us

Attorney for Plaintiff

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

/s Sandra T. Krider
Sandra T. Krider
Special Assistant United States Attorney
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

Attorneys for Defendant