IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-2721-AP**

**GARY D. VICKERY,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Motion for Award of Attorney Fees Under the Equal Access to Justice Act and the Social Security Act, (doc. #15), filed May 19, 2010, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff 's counsel, reasonable attorney fees in the amount of **$1,397.84**. Counsel requests that this payment be made by direct deposit to his account.

Dated at Denver, Colorado, this 20th day of May, 2010.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT