IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **09-cv-2721-AP**

**GARY D. VICKERY,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Motion for Award of Attorneys Fees Under the Social Security Act, (doc. #20), filed September 14, 2011, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff's counsel reasonable attorney fees under 42 U.S.C. § 406(b) in the amount of **$3,364.75**.

Dated at Denver, Colorado, this 28th day of September, 2011.

                                             BY THE COURT:

                                             *S/John L. Kane*
                                             JOHN L. KANE, SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT